1 | Mark E. Ellis - 127159
Bryan G. Ceglio - 312682
2 | ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
3 | Sacramento, CA 95825
Tel: (916) 283-8820
4 | Fax: (916) 283-8821
mellis@ellislawgrp.com
5 | bceglio@ellislawgrp.com

6 | Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENA HERNANDEZ,<br><br>　　PLAINTIFF,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>　　DEFENDANT. | Case No.: 2:16-cv-02455-GHW<br><br>**ORDER GRANTING STIPULATION EXTENDING MEDIATION DEADLINE** |

**IT IS HEREBY ORDERED,** good cause appearing, that:

The Mediation Deadline now set for June 28, 2017 is hereby extended to August 28, 2017. Additionally, the Post-Mediation Status Conference scheduled for June 29, 2017, is hereby continued to August 31, 2017 at 8:30 a.m.

Plaintiff's Motion to Appear by Telephone [17] filed on June 27, 2017, is deemed MOOT.

Dated: June 26, 2017

*George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE