UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-2455-GHW | Date | October 16, 2017 |
|---|---|---|---|
| Title | *Marlena Hernandez v. Rash Curtis & Associates* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:**     **IN CHAMBERS - COURT ORDER**

The Court, on its own motion, CONTINUES Plaintiff's Motion for Summary Judgment [22], and Defendant Rash Curtis & Associate's Motion for Summary Judgment [24], presently set for October 23, 2017, to November 13, 2017 at 8:30 a.m.

Initials of Preparer   JG