UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

| | |
|---|---|
| Marlena Hernandez,<br><br>        Plaintiff,<br><br>  vs.<br><br>Rash Curtis & Associates,<br><br>        Defendant. | Case No.: 2:16-cv-02455-GHW<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: April 24, 2018                                           _____

                                                           GEORGE H. WU,

                                                           United States District Judge